THE STATE OF OHIO, APPELLEE, *v.* STROHACKER, APPELLANT.

[Cite as *State v. Strohacker* (1996), 77 Ohio St.3d 162.]

(No. 96–888—Submitted November 12, 1996—Decided December 11, 1996.)

*Bradley & Giardini Co., L.P.A.,* and *Jack W. Bradley,* for appellant.

The discretionary appeal to this court was allowed only as to "Proposition of Law One," which states:

"Failure to advise a defendant of his right to an independent chemical test violates both the defendant's statutory and constitutional rights and must result in a suppression of the test results."

The judgment of the court of appeals is affirmed on the authority of *Hilliard v. Elfrink* (1996), 77 Ohio St.3d 155, 672 N.E.2d 166, decided today.

MOYER, C.J., DOUGLAS RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.